111 A.3d 171

**Lyah H. THACH, Respondent**

**v.**

**ABINGTON MEMORIAL HOSPITAL, Petitioner.**

**No. 178 EM 2014.**

Supreme Court of Pennsylvania.

March 13, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of March, 2015, the Petition for Review is **DENIED.**